1
2
3
4
5
6
7
8
9          UNITED STATES DISTRICT COURT

10          CENTRAL DISTRICT OF CALIFORNIA

11

12   DANIEL ELIJA RAMIREZ,        )   Case No. CV 12-5094 VBF (MRW)
                                   )
13                  Petitioner,    )
                                   )
14          vs.                    )   JUDGMENT
                                   )
15   RON BARNES, Warden,           )
                                   )
16                  Respondent.    )
                                   )
17   _____      )

18          Pursuant to the Order Accepting Findings and Recommendations of the

19   United States Magistrate Judge,

20          IT IS ADJUDGED that the petition is denied and this action is dismissed

21   with prejudice.

22

23   DATE: 04/02/2013             _____

24                                 HON. VALERIE BAKER FAIRBANK
                                   SR. UNITED STATES DISTRICT JUDGE
25

26

27

28